**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 25-60046-CR-DAMIAN/VALLE
**18 U.S.C. § 1015(e)**

FILED BY AT D.C.
Feb 27, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**UNITED STATES OF AMERICA**

**vs.**

**RICHARD GEORGE JACKSON,**

**Defendant.**

_______________________________________/

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

**False Claim of United States Citizenship to Obtain a State or Federal Benefit**
**(18 U.S.C. § 1015(e))**

On or about March 3, 2020, in Broward County, in the Southern District of Florida, the defendant,

**RICHARD GEORGE JACKSON,**

an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant presented a fraudulent birth certificate from the State of New Jersey as proof of his identity and citizenship to

induce and secure the issuance of a State of Florida Driver License, in violation of Title 18, United States Code, Section 1015(e)

A TRUE BILL

FOREPERSON

FOR BRUCE O. BROWN
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

JOSEPH A. COOLEY
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.:** ______________________

**v.**

RICHARD GEORGE JACKSON
_______________________/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami ☐ Key West ☐ FTP
☑ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ____________
4. This case will take 2 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☑ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☑ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge ____________ Magistrate Case No. ____________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
9. Defendant(s) in federal custody as of ____________
10. Defendant(s) in state custody as of ____________
11. Rule 20 from the ________ District of ____________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: ____________________
Joseph A. Cooley
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** RICHARD GEORGE JACKSON

**Case No:** ______________________

Count #: 1

18 U.S.C. §1015(e)

* **Max. Term of Imprisonment:** Five (5) Years
* **Mandatory Min. Term of Imprisonment (if applicable):** NA
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**