UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60046-CR-DAMIAN

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICHARD GEORGE JACKSON,

Defendant.
_________________________________/

**DEFENDANT'S MOTION TO CANCEL HEARING**

The Defendant, Richard Jackson, through counsel, files this Motion to cancel the change of plea hearing before the Magistrate Judge in this case scheduled for today. In support thereof, the Defendant states the following:

The parties have verified that Immigration and Customs Enforcement deported the Defendant to Jamaica, in apparent disregard of this Court's hold in this case. Thus, the Defendant is no longer in the country.

WHEREFORE; the Defendant, requests that this Court cancel the change of plea hearing and set the case for status at a later time to determine how the government intends to proceed.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: s/ *Jan C. Smith, II*
Assistant Federal Public Defender
Florida Bar No. 0117341
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301-1842
Tel: 954-356-7436
E-Mail: Jan_Smith@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Jan C. Smith, II* AFPD